**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-7247**

———————————

WALLY BOONE,

        Plaintiff - Appellant,

    v.

MS. ALEXANDER, Head Nurse/Medical Administrator in 53 Medical Department at Greensville Correctional Center; R. BONNER, Nurse; S. THORNHILL,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:21-cv-00528-AJT-JFA)

———————————

Submitted:  May 30, 2024                                         Decided:  June 4, 2024

———————————

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Wally Boone, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wally Boone appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief can be granted.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Boone v. Clarke*, No. 1:21-cv-00528-AJT-JFA (E.D. Va. Nov. 6, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*